UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:97-cr-33-J-20MCR

IRAN LAMAR SIMMONS

_____/

## ORDER

On March 16, 2006, Dale R. Campion, Assistant United States Attorney, and the Defendant, IRAN LAMAR SIMMONS, appeared in person and with his counsel, James H. Burke, Jr., for a hearing on the Superceding Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 88, filed February 14, 2006).

The Defendant, having heretofore been convicted on July 21, 1997, in Case No. 97-33-Cr-J-21C, of offense charged, to wit: Distribution of cocaine, in violation of Title 21 U.S.C. 841(a)(1), as charged in Count Two of the Indictment; and was sentenced to be imprisoned for a term of 140 months (reduced to 100 months by Order Amending Judgment (Doc. No. 81, filed April 25, 2000); and was placed on supervised release for a term of four (4) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED** that supervision is reinstated upon the original terms and conditions, and the following additional conditions:

1. Defendant shall serve six (6) months at the Community Treatment Center.

2. The defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

**DONE AND ORDERED** at Jacksonville, Florida, this __16__ day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dale R. Campion, Esq.
James H. Burke, Jr., Esq.
United States Marshal (4)
U. S. Probation