**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 MAR 30 I A 8: 46

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  Case No. 3:97-cr-33-J-20MCR

IRAN LAMAR SIMMONS
_____/

## ORDER

The United States' Motion to Correct Order (Doc. No. 110, filed March 20, 2006), unopposed by the Defendant, having notified the Court of such telephonically on March 28, 2006, is **GRANTED**. This Court's Order (Doc. No. 109, filed March 16, 2006), additional condition #1 is **AMENDED** as follows:

Defendant shall reside for a period of **six (6) months** in a Community Corrections Center and shall observe the rules of that facility. Defendant shall be placed in the Community Confinement Component of the program. While at the Center, the Defendant shall contribute towards the costs of room and board, as directed by the Center staff.

In all other respects the Order (Doc. No. 109, filed March 16, 2006) shall remain unchanged.

**DONE AND ORDERED** at Jacksonville, Florida, this 29 day of March, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Dale R. Campion, Esq.
James H. Burke, Jr., Esq.
U.S. Marshal
U.S. Probation