**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP 14 A 11: 41

CLERK, US DISTRICT COURT
 ... OF FLORIDA
 ... FL

UNITED STATES OF AMERICA

v.

IRAN LAMAR SIMMONS

Case No. 3:97-cr-33-J-20MCR

_____/

## SUPERVISED RELEASE REVOCATION
## AND
## JUDGMENT AND COMMITMNET

On September 14, 2006, Bonnie A. Glober, Assistant United States Attorney, and the Defendant, IRAN LAMAR SIMMONS, appeared in person and with his counsel, Roland Falcon, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 112, filed May 9, 2006).

The Defendant, having heretofore been convicted on July 21, 1997, in Case No. 97-33-Cr-J-21C, of offense charged, to wit: Distribution of cocaine, in violation of Title 21 U.S.C. 841(a)(1), as charged in Count Two of the Indictment; and was sentenced to be imprisoned for a term of 140 months (reduced to 100 months by Order Amending Judgment (Doc. No. 81, filed April 25, 2000); and was placed on supervised release for a term of four (4) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 112, filed May 9, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **twelve (12) months and one (1) day.**

3. After confinement, the Defendant shall be on supervised release for a term of **two (2) years**, under the standard conditions of supervisor, and the following special condition: The Defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

4. The Defendant is remanded to the custody of the United States Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this ____ day of September, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Bonnie A. Glober, Esq.
Roland Falcon, Esq.
United States Marshal (4)
United States Bureau of Prisons
U. S. Probation